UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10748 MEL

SUSAN PURDY,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA AND PRIVATE HEALTHCARE
SYSTEM'S INC. LONG TERM DISABILITY PLAN,

    Defendants.

## ASSENTED-TO MOTION TO AMEND COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a) the Plaintiff moves to amend her Complaint for the purposes of adding the Life Insurance Company of North America ("LINA") as a party to the above-matter as well as to clarify within the Complaint, the rights and responsibilities of the parties to the action. As grounds for this Motion, the Plaintiff states the following:

(1) This is the Plaintiff's first amendment to the original Complaint;

(2) Responsive pleadings have not been served in this matter, and thus, pursuant to Fed. R. Civ. P. 15(a), the Plaintiff is entitled to amend her Complaint once as a matter of right;

(3) The Plaintiff has not yet served the Complaint on Private Health Care System's Inc. Long Term Disability Plan;

(4) Since the filing of the Complaint, the Plaintiff has determined that LINA, and not Cigna Group Insurance Company of America, is the proper party to this action;

(5)  Pursuant to Fed. R. Civ. P. 19(a), joinder of the Plan will not deprive the Court of subject matter jurisdiction over the matter;

(6)  Pursuant to Fed. R. Civ. P. 19(a)(1), complete relief cannot be accorded in this case under ERISA, as relief is necessarily granted by LINA under the Plan;

(7)  The amendment will not prejudice the Defendants; and

(8)  LINA assents to this Motion.

WHEREFORE, the Plaintiff requests that this motion be granted.

Dated: June 14, 2004

Respectfully submitted,
By her attorney,

Mala M. Rafik
BBO No. 638075
ROSENFELD & RAFIK, P.C.
Boston, MA 02108
(617) 723-7470

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 6·14·04.