UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10748 MEL

SUSAN PURDY,

        Plaintiff,

v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA AND PRIVATE HEALTHCARE
SYSTEM'S INC. LONG TERM DISABILITY PLAN,

        Defendants.

## MOTION TO DISMISS DEFENDANT
## CIGNA GROUP INSURANCE COMPANY OF AMERICA AS A PARTY

Pursuant to Fed. R. Civ. P. 21, the Plaintiff moves to dismiss, without prejudice, Cigna Group Insurance Company of America ("Cigna") as a Defendant in the above-referenced matter. As grounds for this Motion, the Plaintiff states that the parties have agreed that Cigna is not a proper party to this action.

WHEREFORE, the Plaintiff requests that this motion be granted.

Dated: June 14, 2004

Respectfully submitted,
SUSAN PURDY,
By her attorney,

_Mala Rafik_

Mala M. Rafik
BBO No. 638075
ROSENFELD & RAFIK, P.C.
Boston, MA 02108
(617) 723-7470

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 6·14·04.

_Mala Rafik_

AO 399 (Rev 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: __MALA M. RAFIK__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, ~~DAVID CREVIER~~ __CHRISTINA McNALLY__ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of __PURDY v. CIGNA GROUP INS. CO. OF AMERICA__
(CAPTION OF ACTION)

which is case number __04-10748 MEL__ in the United States District Court
(DOCKET NUMBER)

for the __EASTERN__ District of __MASSACHUSETTS__.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __4-22-04__,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

__4/28/04__
(DATE)

__Christina M. McNally__
(SIGNATURE)

Printed/Typed Name: __CHRISTINA M. McNALLY__

As ~~ATTORNEY~~ __CORPORATE COUNSEL__ of __LIFE INS. CO. OF AMERICA__
(TITLE) (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.