UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN PURDY,<br><br>            Plaintiff,<br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, et al.<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)   04-10748-MEL<br>)<br>)<br>)<br>)<br>) |

**APPEARANCE OF COUNSEL**

NOW COMES David B. Crevier and hereby enters his appearance on behalf of Defendant Life Insurance Company of North America in the above entitled matter.

                                                      Respectfully Submitted,
                                                      Defendant Life Insurance Company
                                                      of North America, By:

                                                      CREVIER & RYAN, LLP.

                                                      David B. Crevier
                                                      BBO #557242
                                                      1500 Main Street, Suite 2020
                                                      Springfield, MA 01115-5532
                                                      Tel: (413) 787-2400
                                                      Facsimile: (413) 781-8235

CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this 2̲5̲ day of ̲J̲u̲n̲e̲, 2004.