UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

SUSAN PURDY

                Plaintiff,

vs.

CIGNA GROUP INSURANCE COMPANY
OF AMERICA, LIFE INSURANCE
COMPANY OF NORTH AMERICA, AND
PRIVATE HEALTHCARE SYSTEM'S,
INC. LONG TERM DISABILITY PLAN,

                Defendants.

Civil Action No.: 04-10748 - MEL

---

## ASSENTED TO MOTION TO EXTEND TIME TO SERVE A RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant, Private Healthcare Systems, Inc. Long-Term Disability Plan ("the Plan"), respectfully requests, with the assent from the other parties in this case, that it be granted a brief extension of time to serve a response to Plaintiff's Complaint, up to and including Monday, August 9, 2004. As grounds for this motion, the Plan states that additional time is needed to review the documents in this case and investigate Plaintiff's claims brought under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §1001 et seq., in order to adequately answer or otherwise respond to the Complaint.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

On behalf of the Plan, the undersigned counsel has conferred with Mala Rafik, counsel for Plaintiff, and David Crevier, counsel for Cigna Group Insurance Company of America and

Life Insurance Company of North America, who have all given their assent on behalf of their clients.

WHEREFORE, Private Healthcare Systems, Inc. Long-Term Disability Plan respectfully requests that it be granted an extension of time, up to and including August 9, 2004, to serve a response to the Complaint.

Respectfully submitted,

PRIVATE HEALTHCARE SYSTEM'S, INC. LONG-TERM DISABILITY PLAN

By its attorneys,

*[signature]*

Guy P. Tully, BBO #555625
Richard W. Paterniti (BBO#645170)
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025

Dated: July 16, 2004

ASSENTED AND AGREED TO BY:

SUSAN PURDY,

Through her attorney,

*[signature]*

Mala Rafik, Esq.
Rosenfeld & Rafik, P.C.
44 School Street, Suite 410
Boston, MA 02108

CIGNA GROUP INSURANCE COMPANY OF AMERICA AND LIFE INSURANCE COMPANY OF NORTH AMERICA

Through their attorney,

*[signature]*

David Crevier, Esq.
Crevier & Ryan
1500 Main Street, Box 15532
Springfield, MA 01115

## CERTIFICATE OF SERVICE

A copy of the above document was served this 16th day of July, 2004 by first class mail, postage prepaid, on Mala M. Rafik, Rosenfeld & Rafik, P.C., 44 School Street, Suite 410, Boston, MA 02108, and David Crevier, Crevier & Ryan, 1500 Main Street, Box 15532, Springfield, MA 01115.

*[signature]*
Jackson Lewis LLP