UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

SUSAN PURDY

                      Plaintiff,

vs.

CIGNA GROUP INSURANCE COMPANY
OF AMERICA, LIFE INSURANCE
COMPANY OF NORTH AMERICA, AND
PRIVATE HEALTHCARE SYSTEM'S,
INC. LONG TERM DISABILITY PLAN,

                      Defendants.

Civil Action No.: 04-10748 - MEL

---

## ASSENTED TO MOTION TO FURTHER EXTEND TIME TO SERVE A RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant, Private Healthcare Systems, Inc. Long-Term Disability Plan ("the Plan"), respectfully requests, with the assent from the other parties in this case, that it be granted a further extension of time to serve a response to Plaintiff's Complaint, up to and including Tuesday, August 31, 2004. As grounds for this motion, the Plan states that additional time is needed to review the documents in this case and investigate Plaintiff's claims brought under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §1001 et seq., in order to adequately answer or otherwise respond to the Complaint. In addition, additional time is needed to allow the Life Insurance Company of North America and Plaintiff to attempt to resolve this matter on behalf of all the parties, which would obviate the need for further judicial proceedings.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

On behalf of the Plan, the undersigned counsel has conferred with Mala Rafik, counsel for Plaintiff, and David Crevier, counsel for Cigna Group Insurance Company of America and Life Insurance Company of North America, who have all given their assent on behalf of their clients.

WHEREFORE, Private Healthcare Systems, Inc. Long-Term Disability Plan respectfully requests that it be granted an extension of time, up to and including August 31, 2004, to serve a response to the Complaint.

Respectfully submitted,

PRIVATE HEALTHCARE SYSTEM'S, INC. LONG-TERM DISABILITY PLAN

By its attorneys,

/s/Richard W. Paterniti
Guy P. Tully, BBO #555625
Richard W. Paterniti (BBO#645170)
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025

Dated: August 6th, 2004

ASSENTED AND AGREED TO BY:

| SUSAN PURDY, | CIGNA GROUP INSURANCE COMPANY OF AMERICA AND LIFE INSURANCE COMPANY OF NORTH AMERICA |
|---|---|
| Through her attorney, | Through their attorney, |
| /s/ Mala Rafik (by RWP) | /s/ David Crevier (by RWP) |
| Mala Rafik, Esq. | David Crevier, Esq. |
| Rosenfeld & Rafik, P.C. | Crevier & Ryan |
| 44 School Street, Suite 410 | 1500 Main Street, Box 15532 |
| Boston, MA 02108 | Springfield, MA 01115 |

## CERTIFICATE OF SERVICE

A copy of the above document was served this 6th day of August, 2004 by first class mail, postage prepaid, on Mala M. Rafik, Rosenfeld & Rafik, P.C., 44 School Street, Suite 410, Boston, MA 02108, and David Crevier, Crevier & Ryan, 1500 Main Street, Box 15532, Springfield, MA 01115.

/s/ Richard W. Paterniti
Jackson Lewis LLP