# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

SUSAN PURDY
        Plaintiff

V.

CIVIL ACTION

NO. 04-10784-MEL

CIGNA GROUP INSURANCE CO. OF AMERICA, et al
        Defendant

## SETTLEMENT ORDER OF DISMISSAL

LASKER, S.D.J..

The Court having been advised on August 25, 2004 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

August 26, 2004          /s/George H. Howarth
Date                                          Deputy Clerk

(Dismissal Settlement.wpd - 12/98)                                    [stlmtodism.]

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SUSAN PURDY
      Plaintiff

V.

CIGNA GROUP INSURANCE CO. OF AMERICA, et al
      Defendant

CIVIL ACTION

NO. 04-10784-MEL

## SETTLEMENT ORDER OF DISMISSAL

LASKER,S.D.J..

The Court having been advised on August 25, 2004 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

August 26, 2004
Date

/s/George H. Howarth
Deputy Clerk

(Dismissal Settlement.wpd - 12/98)　　　　　　　　　　　　　　　　　　　　　　　　[stlmtodism.]

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SUSAN PURDY
        Plaintiff

V.

CIGNA GROUP INSURANCE CO. OF AMERICA, et al
        Defendant

CIVIL ACTION

NO. 04-10784-MEL

## SETTLEMENT ORDER OF DISMISSAL

LASKER, S.D.J..

The Court having been advised on August 25, 2004 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

August 26, 2004
Date

/s/George H. Howarth
Deputy Clerk

(Dismissal Settlement.wpd - 12/98)    [stlmtodism.]