UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

SUSAN PURDY

                    Plaintiff,

vs.

CIGNA GROUP INSURANCE COMPANY
OF AMERICA, LIFE INSURANCE
COMPANY OF NORTH AMERICA, AND
PRIVATE HEALTHCARE SYSTEM'S,
INC. LONG TERM DISABILITY PLAN,

                    Defendants.

Civil Action No.: 04-10748 - MEL

---

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, the parties hereby stipulate to the dismissal of the above-captioned matter, with prejudice, each party to bear its own costs and fees and all rights to appeal waived.

Respectfully submitted,

PRIVATE HEALTHCARE SYSTEM'S, INC.
LONG-TERM DISABILITY PLAN

By its attorneys,

*/s/ Richard W. Paterniti/gpt/*

Guy P. Tully, BBO #555625
Richard W. Paterniti (BBO#645170)
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025

1

| | |
|---|---|
| SUSAN PURDY, | CIGNA GROUP INSURANCE COMPANY OF AMERICA AND LIFE INSURANCE COMPANY OF NORTH AMERICA |
| Through her attorney, | Through their attorney, |
| */s/ Mala Rafik* | */s/ David Crevier* |
| Mala Rafik, Esq.<br>Rosenfeld & Rafik, P.C.<br>44 School Street, Suite 410<br>Boston, MA 02108 | David Crevier, Esq.<br>Crevier & Ryan<br>1500 Main Street, Box 15532<br>Springfield, MA 01115 |